CAROLINE SCHUBART, Respondent, *v.* HOTEL ASTOR, INC., Appellant.

Argued May 24, 1939; decided June 19, 1939.

*Joseph F. Murray* and *Malcolm G. Bibby* for appellant. *James B. M. McNally* and *Francis J. MacIntyre* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LOUGHRAN, FINCH and RIPPEY, JJ. Dissenting: LEHMAN and HUBBS, JJ. Taking no part: O'BRIEN, J.